EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                    | 2021 TSPR 161     |
|---------------------------------------------------------------------------|-------------------|
| Designación del Director Ejecutivo de la Comisión de Evaluación Judicial  | 208 DPR _____     |

Número del Caso:  EN-2021-6

Fecha:  30 de diciembre de 2021

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Designación del Director                    EN-2021-6
Ejecutivo de la Comisión
de Evaluación Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de diciembre de 2021.

En virtud de la Regla 5 del Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 199 DPR 904 (2018), el Tribunal Supremo designa al Lcdo. Alexander G. Reynoso Vázquez como Director Ejecutivo de la Comisión de Evaluación Judicial, efectivo el 18 de enero de 2022.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo